# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **HARRY LEE BOGGS, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:12-cv-472 (MTT)** |
| | : | |
| **DEPUTY WEBB,** *et al.,* | : | **Proceedings Under 42 U.S.C. § 1983** |
| **Defendants.** | : | **Before the U.S. Magistrate Judge** |
| _____ | : | |

## RECOMMENDATION

Before the Court is Plaintiff Harry Lee Boggs Jr.'s Motion for Voluntary Dismissal in which Plaintiff seeks to dismiss all of his pending claims against Defendants Anthony Butler, Christopher Watson, Derrick Stokes, Damieon Robinson, Gregory Mays, Grant Herndon, Larry Webb, and Scott Rickert. Doc. 53. To date, Defendants have not responded to the Motion for Voluntary Dismissal. As such, it appears that Plaintiff's Motion for Voluntary Dismissal is unopposed.

Therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby **RECOMMENDED** that Plaintiff Harry Lee Boggs Jr.'s Motion for Voluntary Dismissal (Doc. 53) be **GRANTED** and that the above-styled case be **DISMISSED WITHOUT PREJUDICE**. It is **FURTHER RECOMMENDED** that the six pending Motions for Summary Judgment (Docs. 29, 32, 35, 38, 41, 44) filed by Defendants Anthony Butler, Christopher Watson, Derrick Stokes, Damieon Robinson, Gregory Mays, Grant Herndon, Larry Webb, and Scott Rickert be **DENIED AS MOOT**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation with the District Judge to whom the case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this the 31st day of December, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge