IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HARRY LEE BOGGS, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-472 (MTT) |
| **DEPUTY WEBB**, *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 54).  The Magistrate Judge, having reviewed the Plaintiff's motion to voluntarily dismiss his case (Doc. 53), recommends granting the Plaintiff's motion because it is unopposed by the Defendants.  None of the Parties filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  The Plaintiff's motion is **GRANTED**, and this case is **DISMISSED without prejudice**.  The six pending motions for summary judgment are **DENIED as moot**.  (Docs. 29, 32, 35, 38, 41, 44).

**SO ORDERED**, this the 18th day of February, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT